**98–837. State ex rel. Dist. 1199, Health Care & Social Serv. Union, SEIU, AFL/CIO v. Lawrence Cty. Gen. Hosp.**

In Mandamus. On relators' bill and supplemental submission in support of attorney fees. Relators are awarded $2,716 in attorney fees and a refund of costs of $140.